IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>JAMES HAMMOND and<br>J. STEPHEN LEVKOFF,<br><br>     Defendants. | C/A NO. 9:09-CV-00407-MBS<br><br>**CONSENT MOTION TO STAY SCHEDULING ORDER** |

  Plaintiff General Electric Capital Corporation, by and through its undersigned attorneys, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and Local Civil Rule 16.02 DSC, moves for an Order staying the Scheduling Order in the above matter for sixty (60) days from the date of such Order. The grounds for this Motion are:

  1. Plaintiff and Defendant Hammond are negotiating a settlement agreement which, if finalized and consummated, would end the claims between Plaintiff and Hammond;

  2. Settlement between Defendant Hammond and Plaintiff may affect Plaintiff's prosecution of the claims against Defendant Levkoff;

  3. Requiring the parties to comply with the remaining deadlines set forth in the current Scheduling Order would divert the financial resources of the parties and negatively affect settlement negotiations; and

  4. A stay of the Scheduling Order would promote economy and efficiency without prejudicing the parties.

  Defendants James Hamond and J. Stephen Levkoff, by and through their undersigned attorneys, consent to the Motion and join in Plaintiff's request for a Stay.

WE SO MOVE:

*s/ Bruce Wallace*
-----------------------------------------
Bruce Wallace                Fed ID No. 7018
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC 29402
PHONE: 843.577.9440
FACSIMILE: 843.720.1777
BWallace@nexsenpruet.com

Attorneys for Plaintiff
GENERAL ELECTRIC CAPITAL
CORPORATION

January 7, 2010

WE CONSENT:                           WE CONSENT:

*s/ Barrett R. Brewer*                *s/ Howell Morrison*
-------------------------             ----------------------------
Barrett R. Brewer                     Howell Morrison
Clawson & Staubes, LLC                Moore & Van Allen
126 Seven Farms Drive                 40 Calhoun Street
Suite 200                             Suite 300
Charleston, SC 29492                  Charleston, SC 29401-3535

Attorneys for Defendant               Attorneys for Defendant
J. STEPHEN LEVKOFF                    JAMES HAMMOND

2